Brenda S. KIDD, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 55072.

Missouri Court of Appeals,
Western District.

May 26, 1998.

Tara Jensen, Asst. Public Defender, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., for Jefferson City, for Respondent.

Before HOWARD, P.J., and BRECKENRIDGE and SPINDEN, JJ.

## ORDER

PER CURIAM.

Brenda S. Kidd appeals the circuit court's judgment to dismiss her motion for postconviction relief because it did not satisfy the filing deadline of Rule 24.035. She challenges the deadline as unconstitutional. We affirm the circuit court's judgment. *Day v. State,* 770 S.W.2d 692, 695 (Mo. banc), *cert. denied,* 493 U.S. 866, 110 S.Ct. 186, 107 L.Ed.2d 141 (1989) (holding time limits of Rule 24.035 to be constitutional and mandatory). We enter this order pursuant to Rule 84.16(b).

Carol SANDERS, Employee/Appellant,

v.

VI–JON LABORATORIES, INC.
Employer/Respondent.

No. 73695.

Missouri Court of Appeals,
Eastern District,
Division Five.

May 26, 1998.

Thomas P. Traube, Sorrell & Traube, St. Louis, for employee/appellant.

Patrick J. Horgan, Riethmann, Valentine and Rouse, St. Louis, for employer/respondent.

Before CRAHAN, C.J., and RICHARD B. TEITELMAN, J. and CHARLES B. BLACKMAR, Senior Judge.

## *ORDER*

PER CURIAM.

Carol Sanders (Employee) appeals from the award by the Labor and Industrial Relations Commission entered in favor of Vi–Jon Laboratories, Inc. (Employer), denying her claim for compensation. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find the award is supported by substantial and competent evidence and is not against the weight of the evidence based on the record as a whole. An extended opinion would have no precedential value. We affirm the award pursuant to Rule 84.16(b).